IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LARRY JONES, # 30974**                                                                                  **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 1:13cv87-HSO-RHW**

**STATE OF MISSISSIPPI and**
**JACKSON COUNTY**                                                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** for failure to state a claim until such time as the armed robbery conviction is invalidated. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED**, this the 6th day of June, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE